**David SHINN, Plaintiff–Appellant,**

v.

**Gale A. NORTON, United States Secretary of the Interior, Department of the Interior; et al., Defendants–Appellees.**

No. 06–16759.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 22, 2008.

David Shinn, Kea'au, HI, pro se.

Thomas A. Helper, Esq., USH—Office of the U.S. Attorney, Julie H. China, AGHI—Office of the Hawaii Attorney General, Land/Transportation Division, University of Hawai'i University General Counsel, [Ret] Douglas S.C. Chin, Esq., Erika L. Lewis, Esq., Katherine G. Leonard, Esq., Honolulu, HI, for Defendants–Appellees.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

470

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

## MEMORANDUM **

David Shinn appeals pro se from the district court's order dismissing his amended complaint for failure to state a claim. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Balistreri v. Pacifica Police Dep't,* 901 F.2d 696, 699 (9th Cir.1988), and we affirm.

The district court properly dismissed Shinn's amended complaint because it failed to state a cognizable legal theory upon which relief could be granted. *See id.*

The district court did not deprive Shinn of a full and fair opportunity to defend his complaint by deciding defendants' motion to dismiss on the papers, without oral argument. *See Carpinteria Valley Farms, Ltd. v. County of Santa Barbara,* 344 F.3d 822, 832 n. 1 (9th Cir.2003) (rejecting contention that district court violated due process by dismissing under Federal Rule of Civil Procedure 12(b)(6) without oral argument).

Shinn's remaining contentions lack merit.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).